FILED
2012 Jan-19 PM 05:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

---

JAMES TIMOTHY TURNER, et al.,

    Plaintiff,

v.                              Case No.: 11-CV-04315-JEO

PRESIDENT OF THE UNITED STATES,
SPEAKER OF THE HOUSE OF REPRESENTATIVES
    OF THE UNITED STATES,
PRESIDENT OF THE SENATE OF THE UNITED STATES,
ATTORNEY GENERAL OF THE UNITED STATES,
GOVERNORS OF THE FIFTY STATES OF THE
    UNITED STATES
COUNTY COMMISSIONERS AND SHERIFFS OF THE 3131
    COUNTIES OF THE UNITES STATES,
DOUG VALESKA DISTRICT ATTORNEY, HOUSTON
    COUNTY, et al,
BOB PAUDERT CHIEF OF POLICE WEST MEMPHIS,
    ARKANSAS, et al,
SHERIFF ANDY HUGHES, HOUSTON COUNTY, et al,
SHERIFF WALLY OLSON, DALE COUNTY, et al,
SHERIFF GREG WARD, GENEVA COUNTY, et al,
SHERIFF DAVE SUTTON COFFEE COUNTY, et al,
SHERIFF TOMMY THOMPSON, BARBER COUNTY, et al,
SHERIFF WILL MADDOX, HENRY COUNTY, et al,
SHERIFF HEATH TAYLOR, RUSSELL COUNTY et al, and
DOTHAN EAGLE NEWSPAPER,

    Defendants.

---

OUTAGAMIE COUNTY, WISCONSIN AND ITS OFFICALS' NOTICE
OF MOTION AND MOTION TO DISMISS COMPLAINT

---

    Outagamie County, Wisconsin and its officials, by their attorneys, Crivello Carlson, S.C., respectfully move this Court, the Honorable Magistrate Judge John E. Ott presiding, for an Order granting these

movants' Motion to Dismiss the complaint and dismissing Plaintiffs' claims against these movants on the merits and with prejudice.

The grounds for this motion include the following:

1. Service of process on these movants was not proper;

2. The complaint fails to state a claim upon which relief may be granted against these movants; and

3. This Court lacks personal jurisdiction over these movants.

This Motion is based upon the pleadings and proceedings herein, including Outagamie County and its officials' attached Brief in Support, and the Affidavits of Lori J. O'Bright and Lonnie Wolf.

Through this motion, Outagamie County and its officials also seek the costs and disbursements of this motion and this action, together with any other relief the Court deems just and equitable.

Dated this 19th day of January, 2012.

> BY:   /s Timothy M. Johnson
> RAYMOND J. POLLEN
> State Bar No.: 1000036
> TIMOTHY M. JOHNSON
> State Bar No.: 1052888
> Attorneys for defendants Outagamie County, Wisconsin and its Officials
> CRIVELLO CARLSON, S.C.
> 710 North Plankinton Avenue
> Milwaukee, Wisconsin 53203
> (414) 271-7722 - Phone
> (414) 271-4438 – Fax
> E-Mail: rpollen@crivellocarlson.com
>       tjohnson@crivellocarlson.com