# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES TIMOTHY TURNER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:11-CV-4315-VEH |
| | ) |
| **PRESIDENT OF THE UNITED STATES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the memorandum opinion entered on this date, the magistrate judge's report is **ADOPTED** and his recommendation is **ACCEPTED**. As a result, this action is **HEREBY TRANSFERRED** *sua sponte* to the United States District Court for the Middle District of Alabama, Southern Division.

**DONE** and **ORDERED** this the 7th day of February, 2012.

**VIRGINIA EMERSON HOPKINS**
United States District Judge