UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

---

JAMES TIMOTHY TURNER, et al.,

      Plaintiff,

v.                      Case No.: 12-CV-00152-WKW-SRW

PRESIDENT OF THE UNITED STATES,
SPEAKER OF THE HOUSE OF REPRESENTATIVES
      OF THE UNITED STATES,
PRESIDENT OF THE SENATE OF THE UNITED STATES,
ATTORNEY GENERAL OF THE UNITED STATES,
GOVERNORS OF THE FIFTY STATES OF THE
      UNITED STATES
COUNTY COMMISSIONERS AND SHERIFFS OF THE 3131
      COUNTIES OF THE UNITES STATES,
DOUG VALESKA DISTRICT ATTORNEY, HOUSTON
      COUNTY, et al,
BOB PAUDERT CHIEF OF POLICE WEST MEMPHIS,
      ARKANSAS, et al,
SHERIFF ANDY HUGHES, HOUSTON COUNTY, et al,
SHERIFF WALLY OLSON, DALE COUNTY, et al,
SHERIFF GREG WARD, GENEVA COUNTY, et al,
SHERIFF DAVE SUTTON COFFEE COUNTY, et al,
SHERIFF TOMMY THOMPSON, BARBER COUNTY, et al,
SHERIFF WILL MADDOX, HENRY COUNTY, et al,
SHERIFF HEATH TAYLOR, RUSSELL COUNTY et al, and
DOTHAN EAGLE NEWSPAPER,

      Defendants.

---

**MOTION FOR ADMISSION PRO HAC VICE**

---

COME NOW, the undersigned, attorneys Raymond J. Pollen and Timothy M. Johnson, of the firm Crivello Carlson, S.C., 720 North Plankinton Avenue, Suite 500, Milwaukee, Wisconsin 53203, as counsel for Outagamie

County and its officials in the above-referenced matter.  As support for this motion, attached as Exhibits A and B are certificates of good standing issued by the United States District Court for the Eastern District of Wisconsin for attorneys Raymond J. Pollen and Timothy M. Johnson.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $100.00 ($50.00 per applicant) in payment of the fee prescribed by Local Rule 83.1 of the Rules of the United States District Court for the Middle District of Alabama.

WHEREFORE, the undersigned respectfully requests this Court to grant this motion to admit attorneys Raymond J. Pollen and Timothy M. Johnson of the firm Crivello Carlson, S.C., *pro hac vice* as counsel for defendants Outagamie County and its officials.

Respectfully submitted this 12th day of March, 2012.

BY: _____
RAYMOND J. POLLEN
State Bar No.: 1000036
TIMOTHY M. JOHNSON
State Bar No.: 1052888
Attorneys for defendant Outagamie County
CRIVELLO CARLSON, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203
(414) 271-7722 - Phone
(414) 271-4438 – Fax
E-Mail: rpollen@crivellocarlson.com
　　　　　 tjohnson@crivellocarlson.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of a Motion for Admission *Pro Hac Vice* and supporting certificates of good standing on this 12th day of March, 2012 were mailed to:

James Michael Turner
285 East Broad Street
Ozark, Alabama 36360

                                                Timothy M. Johnson