IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES TIMOTHY TURNER | ) CASE NO. 1:12CV-152-WKW |
| | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) |
| PRESIDENT OF THE UNITED STATES, et al, | ) |
| | ) |
| DEFENDANTS, | ) |

## MOTION TO DISMISS

Comes now the Plaintiff, before this Honorable Court requesting the court grant this motion to dismiss above noted case. The Defendants have begun to open dialog on friendly terms with Plaintiff. In the interest of peace and cooperation Plaintiff wishes to dismiss this case. It is not my intent to do harm to others that are reaching out to work with me on this issue. I pray the Honorable Justices of this court will grant my plea and dismiss the case against all parties without prejudice.

*James Timothy Turner*
James Timothy Turner, Plaintiff
MAY 24, 2012

James T. Turner
285 E. Broad St
Ozark, Al 36360



Office of the Clerk
United States District Court
PO Box 711
Montgomery, Al 36101-0711